UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| HALSCOTT MEGARO, P.A., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **JUDGMENT** |
| ) | 5:21-CV-478-BO |
| HENRY MCCOLLUM, LEON BROWN, ) | |
| RAYMOND TARLTON, as guardian for ) | |
| Henry McCollum and individually, DUANE ) | |
| GILLIAM, as guardian for Leon Brown and ) | |
| individually, KIMBERLY PINCHBECK, as ) | |
| guardian for the estate of Henry McCollum ) | |
| and individually, ) | |
| ) | |
| Defendants. ) | |
| ) | |

**Decision by Court.**

This cause comes before the Court on defendants' motion to dismiss, plaintiff's cross-motion to recuse, and plaintiff's motion to strike defendants' reply to their motion to dismiss.

**IT IS ORDERED, ADJUDGED AND DECREED** that plaintiff's cross-motion for recusal [DE 50] is DENIED and plaintiff's motion to strike [DE 53] is DENIED. Defendants motion to dismiss pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure [DE 45] is GRANTED.

**This judgment filed and entered on May 2, 2022, and served on:**
Jamie T. Halscott (via CM/ECF Notice of Electronic Filing)
Jeffrey S. Kaufman, Jr. (via CM/ECF Notice of Electronic Filing)
Elliot Sol Abrams (via CM/ECF Notice of Electronic Filing)
Catherine E. Stetson (via CM/ECF Notice of Electronic Filing)
E. Desmond Hogan (via CM/ECF Notice of Electronic Filing)
Elizabeth C. Lockwood (via CM/ECF Notice of Electronic Filing)
W. David Maxwell (via CM/ECF Notice of Electronic Filing)

PETER A. MOORE, JR., CLERK

May 2, 2022

  /s/Lindsay Stouch
By: Deputy Clerk